**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____    Chapter    11

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Carthage Specialty Paperboard, Inc. |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 14-1837076 |

4.    **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 30 Champion Street<br>Carthage, NY 13619<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Jefferson<br>County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5.    **Debtor's website** (URL)    www.carthagespbd.com

6.    **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    Carthage Specialty Paperboard, Inc. _____    Case number (if known) _____
    Name

**7.    Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    3221

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**    ■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

**10.    Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**    ☐ No

■ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | Carthage Acquisition, LLC | Relationship | Affiliate |
|---|---|---|---|---|
| | District | Northern District of New York | When | 2/28/18 | Case number, if known | |

Debtor    Carthage Specialty Paperboard, Inc.                                    Case number (*if known*) _____
          Name

**11.  Why is the case filed in**    *Check all that apply:*
       ***this district?***

       ■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
          preceding the date of this petition or for a longer part of such 180 days than in any other district.

       ☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or**    ■ No
       **have possession of any**   ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.
       **real property or personal**
       **property that needs**
       **immediate attention?**            **Why does the property need immediate attention?** (*Check all that apply.*)

                                    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                                       What is the hazard? _____

                                    ☐ It needs to be physically secured or protected from the weather.

                                    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                       livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                                    ☐ Other _____

                                    **Where is the property?** _____
                                                               Number, Street, City, State & ZIP Code

                                    **Is the property insured?**

                                    ☐ No

                                    ☐ Yes.  Insurance agency _____

                                             Contact name  _____

                                             Phone  _____

       ███  **Statistical and administrative information**

**13.  Debtor's estimation of**    .    *Check one:*
       **available funds**
                                    ☐ Funds will be available for distribution to unsecured creditors.

                                    ■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of**    ☐ 1-49                    ☐ 1,000-5,000            ☐ 25,001-50,000
       **creditors**             ☐ 50-99                   ☐ 5001-10,000            ☐ 50,001-100,000
                                 ☐ 100-199                 ☐ 10,001-25,000          ☐ More than100,000
                                 ■ 200-999

**15.  Estimated Assets**    ☐ $0 - $50,000               ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
                             ☐ $50,001 - $100,000         ■ $10,000,001 - $50  million     ☐ $1,000,000,001 - $10 billion
                             ☐ $100,001 - $500,000        ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
                             ☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million    ☐ More than $50 billion

**16.  Estimated liabilities**    ☐ $0 - $50,000           ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
                                  ☐ $50,001 - $100,000     ■ $10,000,001 - $50  million     ☐ $1,000,000,001 - $10 billion
                                  ☐ $100,001 - $500,000    ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
                                  ☐ $500,001 - $1 million  ☐ $100,000,001 - $500 million    ☐ More than $50 billion

Debtor    Carthage Specialty Paperboard, Inc. _____    Case number (if known) _____
            Name

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    February 28, 2018
                MM / DD / YYYY

**X** /s/ Donald Schnackel _____    Donald Schnackel _____
Signature of authorized representative of debtor              Printed name

Title    Vice President of Finance _____

---

**18. Signature of attorney**

**X** /s/ Stephen A. Donato _____    Date    February 28, 2018
Signature of attorney for debtor                                      MM / DD / YYYY

Stephen A. Donato _____
Printed name

Bond, Schoeneck & King, PLLC _____
Firm name

One Lincoln Center
Syracuse, NY 13202
Number, Street, City, State & ZIP Code

Contact phone    (315) 218-8000 _____    Email address    sdonato@bsk.com _____

101522 (NDNY) NY _____
Bar number and State

**Fill in this information to identify the case:**

Debtor name    Carthage Specialty Paperboard, Inc.

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration    _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    February 28, 2018        X /s/ Donald Schnackel
                                        Signature of individual signing on behalf of debtor

                                        Donald Schnackel
                                        Printed name

                                        Vice President of Finance
                                        Position or relationship to debtor

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Carthage Specialty Paperboard, Inc. |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF NEW YORK |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Beaver River Distribution P.O. Box 81 Denmark, NY 13631 | | Trade debt | | | | $129,800.13 |
| Cascade Recovery Inc. 66 Shorncliffe Road Toronto, Ontario M8Z 5K1 CANADA | | Trade debt | | | | $105,545.65 |
| Constellation New Energy Inc. 14217 Collections Center Drive Chicago, IL 60693 | | General supplies | | | | $78,500.28 |
| Continental Paper Grading 6790 Century Avenue, Suite 140 Mississauga, Ontario L5N 2V8 CANADA | | Trade debt | | | | $89,166.07 |
| D K Trading Corp. P.O. Box E Clarks Summit, PA 18411-0240 | | Trade debt | | | | $329,399.04 |
| Direct Energy 194 Wood Avenue South Second Floor Iselin, NJ 08830 | | Utility services | | | | $102,900.84 |
| Ekman & Co., Inc. P.O. Box 641804 Pittsburgh, PA 15264-1804 | | Trade debt | | | | $109,169.28 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Carthage Specialty Paperboard, Inc. | | | Case number *(if known)* | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Excellus Health Plan - Group P.O. Box 5266 Binghamton, NY 13902-5266 | | Insurance premiums | | | | $77,464.44 |
| Great Lakes Transport 4254 Ridge Lea Road, #200 Amherst, NY 14226 | | Services provided | | | | $71,445.00 |
| Integrity Express Logistics 62488 Collections Center Drive Chicago, IL 60693-0624 | | Services provided | | | | $118,740.00 |
| Nalco Chemical Co. P.O. Box 640863 Pittsburgh, PA 15264-0863 | | Chemical supplies | | | | $203,080.84 |
| National Fiber Supply Company 55 East Monroe Street Chicago, IL 60603-5890 | | Trade debt | | | | $184,739.47 |
| National Grid P.O. Box 11742 Newark, NJ 07101-4742 | | Utility services | | | | $171,727.97 |
| Occupational Safety & Health Admin. 3300 Vickery Road Syracuse, NY 13212 | | Penalties and fines | | | | $175,000.00 |
| Oneida Warehousing LLC 15 Garfield Street Auburn, NY 13021 | | Services provided | | | | $129,985.34 |
| River Valley Paper P.O. Box 1911 Akron, OH 44309-1911 | | Trade debt | | | | $325,529.40 |
| Rockwell Automation 1870 South Winton Road Building #44 Rochester, NY 14618 | | Maintenance | | | | $101,720.40 |
| Veritiv Operating Company 1000 Abernathy Road Atlanta, GA 30328 | | Judgment | | | | $124,928.68 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Carthage Specialty Paperboard, Inc. | | Case number *(if known)* | | |
|--------|------|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Village of West Carthage 61 High Street Carthage, NY 13619 | | Utility services - water | | | | $199,982.87 |
| Voith Fabrics 3040 Black Creek Road P.O. Box 1411 Wilson, NC 27894-1411 | | Trade debt | | | | $91,952.45 |

100% Recycled Paperboard Alliance Inc.
1601 K. Street, NW
Washington, DC 20006


A-1 PortaJohns
36780 County Route 194
Antwerp, NY 13608


AAI Acquisition LLC
70 Wright Street
P.O. Box 870
Auburn, NY 13021


Accent Control Systems
2101 Potshop Lane
Norristown, PA 19403


Advanced Business System
22811 Murrock Circle
Watertown, NY 13601


Airgas
22608 Murrock Circle
Watertown, NY 13601


American Paper Recycling Corp.
87 Central Street
Mansfield, MA 02048


Amtrust North America
800 Superior Avenue East, 21st Floor
Cleveland, OH 44114


Andritz Inc.
Dept. 3236
P.O. Box 123236
Dallas, TX 75312-3236


Andritz Shw Inc.
P.O. Box 238
Torrington, CT 06790-0238


Aramark
P.O. Box 28050
New York, NY 10087-8050

Armstrong Pump & Service Company
6509 Amber Hills Road
Trussville, AL 35173


Arrow Capital Solutions
P.O. Box 844324
Dallas, TX 75284


Arrow Capital Solutions
P.O. Box 844324
Dallas, TX 75285


Arrow Capital Solutions Inc.
P.O. Box 844324
Dallas, TX 75284-4324


Arrow Capital Solutions, Inc.
7459 S. Lima Street
Englewood, CO 80112


Arrow Capital Solutions, Inc.
9201 East Dry Creek Road
Centennial, CO 80112


Arrow Pest Control of Syracuse, Inc.
19784 Cady Road
Watertown, NY 13601


Ascentium Capital
23970 Highway 59 N.
Kingwood, TX 77339


AUS North Lockbox
P.O. Box 28050
New York, NY 10087-8050


Backhaul Direct LLC
1 Virginia Avenue
Suite 400
Indianapolis, IN 46204


Bags Unlimited, Inc.
7 Canal Street
Rochester, NY 14608

BD Industrial
P.O. Box 116733
Atlanta, GA 30368-6733

Beaver River
9612 NY-26
Lowville, NY 13367

Beaver River Distribution
P.O. Box 81
Denmark, NY 13631

Bills Feed Service
P.O. Box 292
Great Bend, NY 13643

Bomac Inc.
6724 Joy Road
East Syracuse, NY 13057

BRD Enterprises
Route 26
P.O. Box 81
Denmark, NY 13631

Buckman Laboratories
P.O. Box 101258
Atlanta, GA 30392-1258

Can-Am Machinery, Inc.
44 Old Princeton Road
Fitchburg, MA 01420

Caraustar Kingston
P.O. Box 277321
Atlanta, GA 30384-7321

Carthage Acquisition, LLC
30 Champion Street
Carthage, NY 13619

Carthage Central School District
25059 Woolworth Street
Carthage, NY 13619

Carthage Papermakers
c/o Jean Beam
30 Champion Street
Carthage, NY 13619


Cascade Recovery Inc.
66 Shorncliffe Road
Toronto, Ontario M8Z 5K1
CANADA


CED Baldwin Hall
6552 Ridings Road
P.O. Box 484
Syracuse, NY 13221


Cellmark, Inc.
80 Washington Street
Norwalk, CT 06854


CH Robinson Company
P.O. Box 9121
Minneapolis, MN 55480-9121


Christman Fuel Service
4529 Old State Road
Carthage, NY 13619


Cintas
7655 Henry Clay Boulevard
Liverpool, NY 13088


Cintas Corporation
P.O. Box 631025
Cincinnati, OH 45263-1025


Claremont Flock
107 Scott Drive
Leominster, MA 01453


Climax Manufacturing Company
30 Champion Street
Carthage, NY 13619

Climax Mfg Co.
30 Champion Street
Carthage, NY 13619


Clinton Recycling
2 Pullman Street
Worcester, MA 01606


Consolidated Electrical Distributors,Inc
d/b/a Baldwin Hall Electric Supply
6552 Ridings Road
Syracuse, NY 13206


Constellation New Energy Inc.
14217 Collections Center Drive
Chicago, IL 60693


Continental Paper Grading
6790 Century Avenue, Suite 140
Mississauga, Ontario L5N 2V8
CANADA


Converse Laboratories
800 Starbuck Avenue
Watertown, NY 13601


Cooney Transport Ltd.
P.O. Box 186
Trenton, Ontario K8V 5R2
CANADA


Corporate Traffic Logistics
2002 Southside Boulevard
Jacksonville, FL 32216


Corvel Corp.
P.O. Box 823824
Philadelphia, PA 19182-3824


Crane Pro Parts
11420 West Theo Trecker Way
West Allis, WI 53214

Creg Systems
1039 Water Street
Watertown, NY 13601


Crown Risk Management, LLC
221 S. Warren Street
Suite 100
Syracuse, NY 13202


CT Corporation
P.O. Box 4349
Carol Stream, IL 60197-4349


Culligan
P.O. Box 90
Endicott, NY 13760


Custom Converting
41 Industrial Drive #3
Exeter, NH 03833


Custom Scientific Instruments
1125 Conroy Place
Forks Township
Easton, PA 18040


Cynthia Coppola
73 Picket Place
Freehold, NJ 07728


D K Trading Corp.
P.O. Box E
Clarks Summit, PA 18411-0240


Day Environmental Inc.
1563 Lyell Avenue
Rochester, NY 14606


Delaware Secretary of State
401 Federal Street, #4
Dover, DE 19901


Delta Point Capital Management
45 East Avenue, 6th Floor
Rochester, NY 14604

Development Authority of North Country
Dulles State Office Building
317 Washington Street
Watertown, NY 13601


Development Authority of North Country
111 Clinton Street
Watertown, NY 13601


Direct Energy
194 Wood Avenue South
Second Floor
Iselin, NJ 08830


Dixie Pulp & Paper
P. O. Box 20204
Tuscaloosa, AL 35402


Donald Schnackel
3 Burns Cove Road
Jamesville, NY 13078


Donco Paper Supply
737 N. Michigan Avenue, #1450
Chicago, IL 60611


E F Cook Co., Inc.
100 Dippold Avenue
Syracuse, NY 13208


EFP Rotenberg LLP
280 Kenneth Drive
Suite 100
Rochester, NY 14623


Ekman & Co., Inc.
P.O. Box 641804
Pittsburgh, PA 15264-1804


Elizabeth Cheney
P.O. Box 63
Beaver Falls, NY 13305

Empire Hydraulics and Machine
P.O. Box 467
Sugarcreek, OH 44681


Exam Works
2397 Huntcrest Way
Lawrenceville, GA 30043


Excellus
165 Court Street
Rochester, NY 14647


Excellus Health Plan - Group
P.O. Box 5266
Binghamton, NY 13902-5266


Farney's Home & Building Center
P.O. Box 189
Deer River Road
Carthage, NY 13619


Fastenal
P.O. Box 978
Winona, MN 55987-0978


Federal Energy Regulatory Commissions
888 First Street, NE
Washington, DC 20426


Ferrellgas
P.O. Box 173940
Denver, CO 80217-3940


Fertilla Machine and Griding LLC
2111 N. Sandra Street
Suite B
Appleton, WI 54911


Flex Hose
6801 Crossbow Drive
East Syracuse, NY 13057-1026


FM Global/Factory Mutual Insurance Co.
One Cowboy Way
Frisco, TX 75034

Francis (Gene) Rood
499 Stafford Road
Mansfield Center, CT 06250


Freight Management Group Inc.
P.O. Box 684
Syracuse, NY 13209


Giant Lift Equipment Co., Inc.
136 Lafayette Road
P.O. Box 626
North Hampton, NH 03862


Graybar Electric Co. Inc.
6605 Deer Road
Syracuse, NY 13206


Great Lakes Transport
4254 Ridge Lea Road, #200
Amherst, NY 14226


Green Rubber Company
20 Cross Street
Woburn, MA 01801


Greenville Colorants
105 Wood Strret
Greenville, SC 29611


Griffith Energy
21822 Gillette Road
Watertown, NY 13601


Guardian
P.O. Box 14332
Lexington, KY 40512


Hanes Supply
22432 U.S. Route 11
Watertown, NY 13601


Hanna Paper (Buffalo)
475 Ludwig Avenue
Buffalo, NY 14227

Hanna Paper (Mansfield)
31 Suffolk Road
Mansfield, MA 02048


Heitner & Brietstein
26 Court Street, Suite 304
Brooklyn, NY 11242


Heritage Knife Co.
P.O. Box 278
Hailesboro, NY 13645


HMT, Inc.
6268 Route 31
Cicero, NY 13039


Honeywell Inc.
1860 West Rose Garden Lane
Phoenix, AZ 85027


Hyde - Stone Mechanical
22962 Murrock Circle
Watertown, NY 13601


Industrial Maintenance Services, Inc.
9824 E. Washington Street
Chagrin Falls, OH 44023


Industrial Scientific Corporation
7848 Steubenville Pike
Oakdale, PA 15071


Industrial Vibration Consultants Inc.
210 S. West Street
Lebanon, OH 45036


Ingersoll-Rand Co.
28 Corporate Circle, #2
East Syracuse, NY 13057


Integrity Express Logistics
62488 Collections Center Drive
Chicago, IL 60693-0624

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


International Additive Concepts
P.O. Box 63176
Charlotte, NC 28263-3176


Invensys
14526 Collections Center Drive
Chicago, IL 60693


IVC Technologies
2010 S. West Street
Lebanon, OH 45036


James Purcell
730 Beecher Street
Clayton, NY 13624


James W. Lawson
113 Gardenia Drive
Ninety Six, SC 29666


Jefferson Foundation & Alumni
1220 Coffeen Street
Watertown, NY 13601


JLM Advanced Technical Services
2111 N. Sandra Street, Suite B
Appleton, WI 54911


Justin Oeffner
37314 County Route 25
Oxbow, NY 13608


Kaman Industrial Technologies Corp.
131 Moulton Street
Watertown, NY 13601


KeyBank National Association
200 Washington Street
Watertown, NY 13601

Keyence Corporation of America
Dept. CH 17128
Palatine, IL 60055-7128


Konink Logistics Inc.
9-5th Parallel Drive
Ingleside, Ontario  K0C 1Mo
CANADA


Landstar Ranger Inc.
P.O. Box 784293
Philadelphia, PA 19178-4293


Laser Transit Ltd.
19 Demott Street
Lacona, NY 13083


Lavalle Transportation Inc.
P.O. Box 550
Potsdam, NY 13676


Lawley Benefits Group
361 Delaware Avenue
Buffalo, NY 14202


Lester P. Taroff, Esq.
Taroff & Taitz, LLP
One Corporate Drive, Suite 102
Bohemia, NY 11716


Liazon
P.O. Box 8000
Dept. 428
Buffalo, NY 14267


Loads Wrecker Service
21218 State Route 232
Watertown, NY 13601


Logistics Plus Inc.
P.O. Box 1288
Erie, PA 16512-1288

Lowville Central Schools
7668 N. State Street
Lowville, NY 13367


Lowville Farmers Coop
5500 Shady Avenue
Lowville, NY 13367


M.A. Industries, Inc.
303 Dividend Drive
Peachtree City, GA 30269


Mack Bros. Boiler & Sheet Works Co., Inc
409 Marcellus Street
Syracuse, NY 13204


Madison Capital
11433 Cronridge Drive, Suite F
Owings Mills, MD 21117-2294


Madison Funding, LLC
11433 Cronridge Drive, Suite F
Owings Mills, MD 21117-2294


Maslo Company Inc.
11 Lee Boulevard
Malvern, PA 19355


Mass Mutual
Defined Contribution Operations, N405
1295 State Street
Springfield, MA 01111


Mass Mutual
100 Bright Meadow Boulevard
Enfield, CT 06082


Material Handling Technologies, Inc.
7488 Round Pond Road
Syracuse, NY 13212


McMaster - Carr
P.O. Box 7690
Chicago, IL 60680

Meade Optical - Watertown
1000 Washington Street
Watertown, NY 13601


Michael Lambert
7 Bates Lane
Westford, MA 01886


Mr. Grant Construction Inc.
255 B. Rose Road
Harrisville, NY 13648


Mutual of Omaha
Policy Holder Services
P.O. Box 2147
Omaha, NE 68103-2147


N & V International
40 Ramland Road
Suite 20
Nyack, NY 10960


Nalco Chemical Co.
P.O. Box 640863
Pittsburgh, PA 15264-0863


National Fiber Supply Company
55 East Monroe Street
Chicago, IL 60603-5890


National Grid
P.O. Box 11742
Newark, NJ 07101-4742


National Grid
300 Erie Boulevard West
Syracuse, NY 13202


Netto Fire Equipment
731 Leray Street
Watertown, NY 13601


New England Motor Freight
1-71 North Avenue
Elizabeth, NJ 07207-6031

New Penn Motor Express Inc.
24801 Network Place
Chicago, IL 60673-1248


New York State Corporation Tax
P.O. Box 4136
Binghamton, NY 13902-4136


New York State Electric & Gas
P.O. Box 847812
Boston, MA 02284-7812


New York Workers' Compensation Board
328 State Street
Finance Unit, Room 331
Schenectady, NY 12305-2318


North Country Co-Investment, LLC
45 East Avenue, 6th Floor
Rochester, NY 14604


Northern Safety Co., Inc.
P.O. Box 4250
Utica, NY 13504


Nutech Control Products
P.O. Box 327
Hellertown, PA 18055


NYS Department of Taxation & Finance
Attn:  Bankruptcy Unit
P.O. Box 5300
Albany, NY 12205


NYS Department of Taxation & Finance
Civil Enforcement - CO-ATC
W.A. Harriman Campus
Albany, NY 12227-0001


NYS Department of Taxation and Finance
Attn:  Bankruptcy Unit
P.O. Box 5300
Albany, NY 12205

NYS Dept. of Environmental Conservation
Division of Water Bureau
625 Broadway, 4th Floor
Albany, NY 12233-3508


NYS Dept. of Health
Bureau of Env. Radiation Protection
Corning Tower, Room 1245
Albany, NY 12237


NYTRIC Electrical Contractors, LLC
8000 Starbuck Avenue
Suite C-101
Watertown, NY 13601


Occupational Safety & Health Admin.
3300 Vickery Road
Syracuse, NY 13212


OMYA, Inc.
62 Main Street
Proctor, VT 05765


OMYA, Inc.
Dept. CH 19530
Palatine, IL 60055-9530


Oneida Warehousing LLC
15 Garfield Street
Auburn, NY 13021


Pace Industry Union
Management Pension Fund
P.O. Box 809197
Chicago, IL 60680-9197


Pacemaker Millar
501 Main Street
Utica, NY 13501


Packaging Corporation of America
4471 Steelway Boulevard S.
Liverpool, NY 13090

Patriot Capital III SBIC, L.P.
509 S. Exeter Street, Suite 210
Baltimore, MD 21202


Paul Levine, Esq. and Meghan Breen, Esq.
Lemery Greisler LLC
50 Beaver Street, 2nd Floor
Albany, NY 12207


Pension Benefit Guaranty Corporation
1200 K. Street, N.W.
Washington, DC 20077-1664


Perfection Servo
26620 Network Place
Chicago, IL 60673-1266


Phoenix Wrappers ULC
5700 St. Franqois Road
St. Laurent, Quebec City  H4S 1B4
CANADA


Plex Systems Inc.
P.O. Box 3712
Carol Stream, IL 60132-3712


Plex Systems, Inc.
900 Tower Drive
Suite 1400
Troy, MI 48098


POMCO Group
2425 James Street
Syracuse, NY 13206


Pratt Industries
7533 Industrial Park Way
Macungie, PA 18062


R.M. Headlee Valve and Controls
3649 California Road
Orchard Park, NY 14127

R2 Logistics
P.O. Box 95465
Grapevine, TX 76099-9752


Ramsay Corporation
Boyce Station Offices
1050 Boyce Road
Pittsburgh, PA 15241-3907


Reed Storage Trailors
P.O. Box 822
Carthage, NY 13619


River Valley Paper
P.O. Box 1911
Akron, OH 44309-1911


River Valley Paper East
2850 Gilchrist Road
Building 5
Akron, OH 44305


Robert H. Degraer
1555 Hollywood Drive
Monroe, MI 48162


Robert-James Sales, Inc.
2582 Walden Avenue
P.O. Box 7999
Buffalo, NY 14225


Rockwell Automation
1870 South Winton Road
Building #44
Rochester, NY 14618


Romanoff Industries
1400 Woodville Road
P.O. Box 699
Toledo, OH 43697-0699


Royce Associates ALP
35 Carlton Avenue
East Rutherford, NJ 07073

S.T.A.T. Communications Inc.
P.O. Box 630
Watertown, NY 13601


Safety Kleen Corp.
6741 VIP Parkway
P.O. Box 475
Syracuse, NY 13211


Samaritan Medical Center
P.O. Box 517
Watertown, NY 13601


Schneider National Inc.
2567 Paysphere Circle
Chicago, IL 60674


Scotlynn USA Division Inc.
1150 Vittoria Road
Vittoria, Ontario  N0E 1W0
CANADA


Seaway Rental Corp.
25177 New York State Route 3
Watertown, NY 13601


Sherman Electric
417 South Clinton Street
Carthage, NY 13619


Siewert Equipment Company
175 Akron Street
Rochester, NY 14609


Slack Chemical
465 S. Clinton Street
Carthage, NY 13619


SMR Fibre
Division of Empire Recycling
64 North Genesee Street
Utica, NY 13502

SMR Fibre
A Division of Empire Recycling
P.O. Box 353, N. Genesee and Lee Streets
Utica, NY 13503


Specialized Imprinting
P.O. Box 490
Manlius, NY 13104


Spectrum Business
340 Eastern Boulevard
Watertown, NY 13601


Stafford Machinery Corp.
787 Pearl Street
Watertown, NY 13601


State Comptroller
110 State Street
Albany, NY 12236


Stebbins Engineering & Manufacturing Co.
363 Eastern Boulevard
Watertown, NY 13601


Stowe Woodward
60 Old Turnpike Road
Concord, NH 03301


Sun Environmental Corp.
4655 Crossroads Park Drive
Liverpool, NY 13088


Superior Lubricants
32 Ward Road
North Tonawanda, NY 14120


Syracuse Scale Co., Inc.
158 Solar Street
Syracuse, NY 13204


Tall Grass Freight Co.
6800 Hilltop Road
Suite 202
Shawnee, KS 66226

TDR Designs
1 Macsherry Court
Troy, NY 12180


Teals Express
P.O. Box 6010
Watertown, NY 13601


Ted Cordes
243 Totem Trail
Rochester, NY 14617


Terry Groff Auto Repair
9391 State Route 12
Copenhagen, NY 13626


Thompson-Johnson Equipment Co.
6926 Fly Road
East Syracuse, NY 13057


Timco-Clouth
14681 Industrial Parkway
Marysville, OH 43040


Total Quality Logistics
P.O. Box 634558
Cincinnati, OH 45263-4558


Town of Champion
10 N. Broad Street
Carthage, NY 13619


Town of Lowville
5533 Bostwick Street
Lowville, NY 13367


Town of Philadelphia
33019 U.S. Route 11
Philadelphia, NY 13673


Transam Logistics, Inc.
P.O. Box 871430
Kansas City, MO 64187-1430

Transcorr National Logistics
P.O. Box 2181
Indianapolis, IN 46206


TSP
17177 Preston Road
Suite 320
Dallas, TX 75248


U.S. Department of Labor
Occupational Safety & Health Admin.
200 Constitution Avenue, NW, Room N3626
Washington, DC 20210


Uline
P.O. Box 88714
Chicago, IL 60680-1741


Valmet Inc.
1280 Willowbrook Road
Beloit, WI 53511


Van Santis Development Inc.
4595 Morgan Place
Liverpool, NY 13090


Veritiv Operating Company
1000 Abernathy Road
Atlanta, GA 30328


Verizon Wireless
P.O. Box 408
Newark, NJ 07101-4080


Victory Promotions
114 Parkers Street
Watertown, NY 13601


Village of Carthage
120 South Mechanic Street
Carthage, NY 13619


Village of West Carthage
61 High Street
Carthage, NY 13619

Voith Fabrics
3040 Black Creek Road
P.O. Box 1411
Wilson, NC 27894-1411


VS Sprinkler & Sons, Inc.
7513 East State Street
Lowville, NY 13367


Wells Fargo
P.O. Box 7777
San Francisco, CA 94120


Wells Fargo
P.O. Box 70239
Philadelphia, PA 19176-0239


Wells Fargo Bank, N.A.
300 Tri-State International, Suite 400
Lincolnshire, IL 60069


Wells Fargo Vendor Financial Services
420 Montgomery Street
San Francisco, CA 94104


Wesco Distribution Inc.
P.O. Box 641447
Pittsburgh, PA 15264


Westrock RKT Company
3950 Shackelford Road
Duluth, GA 30096


Westrock RKT Company
P.O. Box 409813
Atlanta, GA 30368-0064


White's Lumber, Inc.
231 N. Rutland Street
Watertown, NY 13601


Windstream Communications
P.O. Box 9001013
Louisville, KY 40290-1013

Windstream Communications
P.O. Box 3177
Cedar Rapids, IA 52406-3177


Yokogawa Corporation of America
P.O. Box 409220
Atlanta, GA 30384-9220


Young Energy Service
2112 Talmage Drive
Leland, NC 28451-9340